No. 79–5148.  MEREDITH *v.* MacDOUGALL, CORRECTIONS DIRECTOR, ET AL.  Sup. Ct. Ariz.  Certiorari denied.

No. 79–5149.  STUDIFIN *v.* NEW YORK TELEPHONE Co. C. A. 2d Cir.  Certiorari denied.

No. 79–5151.  WOOD *v.* JEFFES, CORRECTIONAL SUPERINTENDENT, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 79–5153.  SHAW *v.* GARRISON ET AL.  C. A. 4th Cir. Certiorari denied.

No. 79–5154.  OLIPHANT *v.* KOEHLER, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 79–5155.  BLOEMHOF *v.* CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 79–5156.  SAMPSON *v.* BREWER, WARDEN, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 79–5158.  COY *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 79–5160.  STOUT *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 79–5161.  SCOTT *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 79–5164.  MAXWELL *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 79–5166.  WILKINS *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 79–5171.  DODARO *v.* OHIO.  Ct. App. Ohio, Cuyahoga County.  Certiorari denied.

No. 79–5186.  EVANS *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.